# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

March 10, 2025

_____

DOCKET CORRECTION NOTICE

_____

No.  24-7049,    <u>Tracey Edwards v. Benita Witherspoon</u>
5:21-ct-03270-D

TO:    Addiction Medicine Specialists

MOTION DUE:  March 10, 2025

Please file the motion identified below by the due date indicated using the **MOTION** entry.

_____

[✔] **MOTION / file amicus brief**

Emily Borneisen, Deputy Clerk
804-916-2704