# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

March 10, 2025

_____

DOCKET CORRECTION NOTICE

_____

No. 24-7049,    <u>Tracey Edwards v. Benita Witherspoon</u>
                5:21-ct-03270-D

TO:
Legal Action Center
Pregnancy Justice
National Women's Law Center
Disability Rights North Carolina

FILING CORRECTION DUE:  March 10, 2025

Please make the correction identified below and file a corrected document by the date indicated.

> [X] Counsel that are not members in good standing of this court's bar and do not have electronic filing privileges with this court are not able to file documents. To apply for membership, submit an **application for admission** to practice.
>
> Please refile disclosure statements as necessary to comply.

Emily Borneisen, Deputy Clerk
804-916-2704