No. 24-7049

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

Tracey Edwards,

           Plaintiff–Appellant,

v.

Benita Witherspoon, et al.,

           Defendants–Appellees.

On Appeal from a Final Judgment of the United States District Court
for the Eastern District of North Carolina, Western Division
Case No. 5:21-CT-3270-D, Hon. James C. Dever III

**MOTION FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE*
IN SUPPORT OF APPELLANT AND URGING REVERSAL
ON BEHALF OF ADDICTION MEDICINE SPECIALISTS**

        Jim Davy
        All Rise Trial & Appellate
        P.O. Box 15216
        Philadelphia, PA 19125
        (215) 792-3579
        jimdavy@allriselaw.org

    Counsel for *Amici Curiae*

## MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF

The above-captioned proposed *Amici Curiae* request leave of the Court to file a brief in support of Appellant and urging reversal. *See* Fed. R. App. P. 29(a)(3); Local Rule 29(a)(3). The proposed brief addresses the wider context of Opioid Use Disorder (OUD) and Medication for Opioid Use Disorder (MOUD), including specifically from the perspective of specialists in treating OUD and people with addiction. In support of the Court granting leave, the proposed *Amici Curiae* state as follows:

1) Counsel for both Parties consent to the proposed *amici curiae* brief.

2) Proposed *Amici* are individual physicians with extensive experience with OUD and MOUD, including through researching addiction treatment and applying research through clinical treatment of individuals with OUD. Their background includes treating pregnant and postpartum individuals with OUD, including while those people are incarcerated.

3) Proposed *Amici* have particular background in researching and implementing evidence-based best practices in treating people with OUD, including through the use of MOUD.

4) Proposed *Amici* have an interest in this case because this Court will likely address the standard of care for people with OUD, which *Amici* apply in their day-to-day clinical duties. Further, proposed *Amici* all practice medicine within the jurisdiction of the 4th Circuit.

5) Proposed *Amici* seek this Court's acceptance of their proposed brief, filed with the consent of the Parties.

For these reasons, proposed *Amici Curiae* respectfully request that this Court grant them leave to appear as *Amici Curiae*, and to file the attached brief for consideration of the Court.

                          Respectfully submitted,

                          /s/ Jim Davy
                          Jim Davy
                          ALL RISE TRIAL & APPELLATE
                          P.O. Box 15216
                          Philadelphia, PA 19125
                          (215) 792-3579
                          jimdavy@allriselaw.org

Date: March 10, 2025

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Motion for Leave filed by Jim Davy was served upon all counsel of record for parties and *amici*, via CM/ECF, on March 10, 2025. All participants in this case are registered CM/ECF users and will be served electronically via that system.

Respectfully submitted,

/s/ Jim Davy
Jim Davy
ALL RISE TRIAL & APPELLATE
P.O. Box 15216
Philadelphia, PA 19125
(215) 792-3579
jimdavy@allriselaw.org