FILED:  March 10, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-7049
(5:21-ct-03270-D)

_____

TRACEY EDWARDS

   Plaintiff - Appellant

v.

BENITA J. WITHERSPOON; ANTHONY PERRY; JAMES ALEXANDER;
GARY JUNKER; ELTON AMOS; TODD ISHEE; KAVONA GILL; TAMARA
BROWN; NIKITIA DIXON; TAMMY WILLIAMS; SHEIDA BRODIE;
TIANNA LYNCH; LORAFAITH RAGANO

   Defendants - Appellees

------------------------------

DISABILITY RIGHTS NORTH CAROLINA; LEGAL ACTION CENTER;
NATIONAL WOMEN'S LAW CENTER; PREGNANCY JUSTICE;
ADDICTION MEDICINE SPECIALISTS

   Amici Supporting Appellant

_____

O R D E R

_____

Addiction Medicine Specialists has filed an amicus curiae brief with the

consent of the parties.

The court accepts the brief for filing.

Addiction Medicine Specialists is directed to file a disclosure statement within three days of the date of this order.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk