No. 24-7049

**IN THE
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

TRACEY EDWARDS,

*Plaintiff-Appellant,*

v.

BENITA WITHERSPOON, et al.,

*Defendants- Appellees,*

On Appeal from the United States District Court
for the Eastern District of North Carolina

**Motion for Extension of Time
to File Response Brief**

Pursuant to Fourth Circuit Local Rule 31(c), Defendant-Appellees Witherspoon, Perry, Alexander, Junker, Amos, Dismukes, Gill, Brown, Dixon, Williams, Brodie, Lynch, and Ragano ("Defendants"), by and through undersigned counsel, respectfully move this Court to extend the current deadline for filing their response brief. In support of this Motion, Defendants state as follows:

1. Appellant's opening brief was filed February 28, 2025, after two extensions.

2. Defendants' response brief is currently due Wednesday, April 30, 2025.

3. Defendants request an extension of thirty (30) days so that counsel may have adequate time to prepare the brief in light of other deadlines facing counsel, the departure of Orlando Rodriguez from the North Carolina Department of Justice, the Easter holiday, and family illness.

4. This is Defendants' second request for an extension of time.

5. Pursuant to Local Rule 27(a), undersigned counsel has conferred with Plaintiff's counsel and Plaintiff does not oppose the requested extension.

WHEREFORE, Defendants respectfully request that this motion be granted and that the deadline for filing their response brief be extended thirty (30) days, up to and including Friday, May 30, 2025.

Respectfully submitted,

JEFF JACKSON
Attorney General

/s/ Laura H. McHenry
Laura H. McHenry
Special Deputy Attorney General
N.C. State Bar No. 45005
Email: lmchenry@ncdoj.gov

N.C. Department of Justice
Post Office Box 629
Raleigh, NC 27602
Telephone: (919) 716-6900
Facsimile: (919) 716-6763

*Counsel for Defendants-Appellees*

April 24, 2025

## CERTIFICATE OF SERVICE

I certify that on this day I filed the foregoing **Motion for Extension of Time to File Response Brief** with the Clerk of Court using the CM/ECF system, which will automatically serve electronic copies on all counsel of record.

Dated: April 24, 2025.

/s/ Laura H. McHenry
Laura H. McHenry
Special Deputy Attorney General