FILED: April 24, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-7049
(5:21-ct-03270-D)

_____

TRACEY EDWARDS

      Plaintiff - Appellant

v.

BENITA J. WITHERSPOON; ANTHONY PERRY; JAMES ALEXANDER; GARY JUNKER; ELTON AMOS; LESLIE COOLEY DISMUKES; KAVONA GILL; TAMARA BROWN; NIKITIA DIXON; TAMMY WILLIAMS; SHEIDA BRODIE; TIANNA LYNCH; LORAFAITH RAGANO

      Defendants - Appellees

------------------------------

DISABILITY RIGHTS NORTH CAROLINA; LEGAL ACTION CENTER; NATIONAL WOMEN'S LAW CENTER; PREGNANCY JUSTICE; ADDICTION MEDICINE SPECIALISTS

      Amici Supporting Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule. Any further request for an extension of time in which to file the response brief shall be disfavored. The

briefing schedule is extended as follows:

    Response brief due: 05/30/2025

    Any reply brief: 21 days from service of response brief.

                                For the Court--By Direction

                                <u>/s/ Nwamaka Anowi, Clerk</u>