UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
**CERTIFICATE OF CONFIDENTIALITY, LOCAL RULE 25(c)**

No. __24-7049__    Caption: Edwards v. Witherspoon et al.

Appellee

(appellant, appellee, petitioner, respondent, other)

certifies the following information regarding sealing of the document(s) described below:

1. Identify document(s) filed (e.g., sealed appendix volume, sealed version of brief):

   Sealed version of Appellee's opening brief

2. Is sealing of document(s) necessary?

   ☐ No
   ☑ Yes, to protect material sealed under the Privacy Policy for Electronic Case Files, or by statute, rule, regulation, or order

3. Date(s) of order(s) sealing the material or, if there is no order, the authority relied upon to treat the material as sealed:

   Material contained in sealed version of Appellee's opening brief ordered sealed by ECF 315, filed September 30, 2024 [JA 3095]

4. Terms of order sealing the material, including who is permitted access to sealed material (if filed ex parte, document must be marked SEALED and EX PARTE):

   All parties permitted to access sealed material.

5. (For SEALED APPENDIX) Sealed record material has been separated from any unsealed record material and placed in a separate, sealed volume of the appendix.

   ☐ Yes

6. (For SEALED BRIEFS, SEALED DOCUMENTS) Two versions of document are filed: Sealed version with sealed material highlighted and public version with sealed material redacted.

   ☑ Yes

01/15/2020 SCC            1 of 2

## CERTIFICATE OF SERVICE

I certify that on  5/30/2025   the sealed document(s) identified in this Certificate of Confidentiality were served on the following parties or counsel of record outside of CM/ECF at the addresses listed below.  Service may be made by direct email or other electronic means with the prior written consent of the party to be served.  <u>In consolidated criminal cases</u>, identify which sealed appendix volumes were served on each party or attorney.

Shana Khader, skhader@tzlegal.com
Jaclyn Tayabji, jtayabji@tzlegal.com
Hassan Zavareei, hzavareei@tzlegal.com

D. Dangaran, d@rightsbehindbars.org

Amelia Caramadre, amelia@kaplangrady.com
David Sinkman, sinkman@kaplangrady.com
Sarah Grady, sarah@kaplangrady.com

_____s/Laura H. McHenry_____
Signature

_____05/30/20_____
Date