No. 24-7049

# In the United States Court of Appeals for the Fourth Circuit

---

TRACEY EDWARDS,

*Plaintiff-Appellant*,

v.

BENITA WITHERSPOON, ET AL.,

*Defendants-Appellees.*

---

On Appeal from the United States District Court
for the Eastern District of North Carolina,
No. 75:21-ct-03270-D (Hon. James C. Denver III)

---

**AMICI NATIONAL WOMEN'S LAW CENTER, DISABILITY RIGHTS NORTH CAROLINA, PREGNANCY JUSTICE, AND LEGAL ACTION CENTER'S MOTION TO WITHDRAW COUNSEL FROM REPRESENTATION**

---

Dorianne Mason
Alison Tanner
Ma'ayan Anafi
Emily Gabos
NATIONAL WOMEN'S LAW CENTER
1350 I Street NW, Suite 700
Washington, D.C. 20005
Telephone: (202) 571-8725
atanner@nwlc.org

Russell H. Falconer
*Counsel of Record*
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201
Telephone: (214) 698-3100
RFalconer@gibsondunn.com

COUNSEL FOR AMICI NATIONAL WOMEN'S LAW CENTER, DISABILITY RIGHTS NORTH CAROLINA, PREGNANCY JUSTICE, AND LEGAL ACTION CENTER

## MOTION TO WITHDRAW COUNSEL FROM REPRESENTATION

Pursuant to Fourth Circuit Local Rule 46(c), *Amici* National Women's Law Center, Disability Rights North Carolina, Pregnancy Justice, and Legal Action Center respectfully moves this Court for leave to withdraw the appearance of Kathryn M. Cherry as counsel for *amici*. As of May 30, 2025, Ms. Cherry is no longer associated with Gibson, Dunn & Crutcher. *Amici* will continue to be represented by their lead appellate counsel, Russell H. Falconer.

Dated:   May 30, 2025

Dorianne Mason
Alison Tanner
Ma'ayan Anafi
Emily Gabos
NATIONAL WOMEN'S LAW CENTER
1350 I Street NW, Suite 700
Washington, D.C. 20005
Telephone: (202) 571-8725
Facsimile:  (202) 588-5185
atanner@nwlc.org

Robert B. Watson
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

Holly Stiles
DISABILITY RIGHTS
NORTH CAROLINA
Holly.stiles@disabilityrightsnc.org

Rebekah Joab
LEGAL ACTION CENTER
rjoab@lac.org

Dana Sussman
PREGNANCY JUSTICE
Dana.s@pregnancyjusticeus.org

Respectfully submitted,

/s/ *Russell H. Falconer*

Russell H. Falconer
Counsel of Record
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201
Telephone: (214) 698-3100
Facsimile:  (214) 571-2900
Rfalconer@gibsondunn.com

Raena Ferrer Calubaquib
Sanjay Nevrekar
Dillon M. Westfall
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

COUNSEL FOR AMICI NATIONAL WOMEN'S LAW CENTER, DISABILITY RIGHTS
NORTH CAROLINA, PREGNANCY JUSTICE, AND LEGAL ACTION CENTER

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 27(d), the undersigned certifies that this motion complies with the applicable typeface, typestyle, and type–volume limitations. This motion was prepared using a proportionally spaced type (New Century Schoolbook, 14 point), using Microsoft Word for Microsoft 365. Exclusive of the portions exempted by Federal Rule of Appellate Procedure 27(a)(2)(B), this motion contains 73 words. This certificate was prepared in reliance on the word–count function of Microsoft Word for Microsoft 365.

/s/ *Russell H. Falconer*
Russell H. Falconer

**CERTIFICATE OF SERVICE**

I certify that on May 30, 2025, the foregoing brief was electronically filed with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit through the appellate CM/ECF system, which will send a notification of such filing to all counsel of record.

/s/ *Russell H. Falconer*
Russell H. Falconer