FILED: June 2, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-7049
(5:21-ct-03270-D)
_____

TRACEY EDWARDS

        Plaintiff - Appellant

v.

BENITA J. WITHERSPOON; ANTHONY PERRY; JAMES ALEXANDER; GARY
JUNKER; ELTON AMOS; LESLIE COOLEY DISMUKES; KAVONA GILL;
TAMARA BROWN; NIKITIA DIXON; TAMMY WILLIAMS; SHEIDA BRODIE;
TIANNA LYNCH; LORAFAITH RAGANO

        Defendants - Appellees

-------------------------------

DISABILITY RIGHTS NORTH CAROLINA; LEGAL ACTION CENTER;
NATIONAL WOMEN'S LAW CENTER; PREGNANCY JUSTICE; ADDICTION
MEDICINE SPECIALISTS

        Amici Supporting Appellant

_____

O R D E R
_____

        Upon consideration of the certificate of confidentiality, the court seals the sealed

version of the response brief.

                        For the Court--By Direction

                        /s/ Nwamaka Anowi, Clerk