No. 24-7049

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

TRACEY EDWARDS
    *Plaintiff-Appellant,*

v.

BENITA WITHERSPOON, ET AL.,
    *Defendants-Appellees.*

———————————————

On Appeal from the United States District Court
for the Eastern District of North Carolina
Case No. 75:21-ct-03270-D (Hon. James C. Dever III, U.S. District Judge)

———————————————

## MOTION FOR BRIEFING EXTENSION

———————————————

| | |
|---|---|
| D Dangaran<br>RIGHTS BEHIND BARS<br>1800 M St. NW<br>Fnt. 1 #33821<br>Washington, DC 20033<br>202-455-4399<br>d@rightsbehindbars.org | Shana Hope Khader<br>Jaclyn S. Tayabji<br>Hassan A. Zavareei<br>TYCKO & ZAVAREEI LLP<br>2000 Pennsylvania Ave. NW, Ste. 1010<br>Washington, DC 20006<br>202-973-0900<br>skhader@tzlegal.com |
| Sarah Grady<br>David Howard Sinkman<br>Amelia Caramadre<br>KAPLAN & GRADY LLC<br>2071 N. Southport Ave., Ste. 205<br>Chicago, IL 60614<br>312-852-2184<br>sinkman@kaplangrady.com | Joseph K. Longley<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>915 15th Street NW, 7th Floor<br>Washington, DC 20005<br>202-675-2338<br>jlongley1@aclu.org |
| *Additional counsel on following page* | June 6, 2025 |

Daniel K. Siegel
Amika Medha Singh
ACLU OF NORTH CAROLINA LEGAL
FOUNDATION
PO Box 28004
Raleigh, NC 27611
919-592-4630
dsiegel@acluofnc.org

*Counsel for Plaintiff-Appellant Tracey Edwards*

Pursuant to Local Rule 31(c), counsel for Plaintiff-Appellant Tracey Edwards respectfully requests an extension of seven (7) days to submit Appellant's Reply Brief in the above-captioned case. Defendants-Appellees have been informed of Plaintiff-Appellant's intent to file this motion and they do not object to this request.

Counsel at Tycko & Zavareei have several upcoming deadlines including a hearing on a motion to dismiss in *Madrigal et al. v. Live Nation Entertainment, Inc. et al.*, No. 2:25-cv-02375-JFW(KSx) (C.D. Cal.), on June 23, 2025; and a response to a motion to dismiss in *Marshall et al. v. Proctor & Gamble Co. et al.*, No. 3:25-cv-00923-AMO (N.D. Cal.), due on June 27, 2025. Counsel at Rights Behind Bars have several intervening and upcoming deadlines including oral argument before the Ninth Circuit on June 3, 2025; a hearing on a motion to dismiss on June 6, 2025; and a petition for rehearing *en banc* due to the First Circuit on June 20, 2025.

The current briefing period, scheduled between May 30, 2025, and June 20, 2025, also includes a federal holiday that counsel plan to observe.

Furthermore, given the number of issues in this case and the voluminous record on appeal, an additional seven days is warranted to provide counsel with the time necessary to prepare the Appellant's Reply Brief.

For these reasons, the undersigned counsel respectfully request that the Court grant its motion for a briefing extension of seven additional days, to June 27, 2025.

Respectfully submitted this 6th day of June, 2025,

D Dangaran
RIGHTS BEHIND BARS
1800 M St. NW
Front 1 # 33821
Washington, D.C. 20033
202-455-4399
d@rightsbehindbars.org

Sarah Grady
David Howard Sinkman
Amelia Caramadre
KAPLAN & GRADY LLC
2071 N. Southport Ave., Ste. 205
Chicago, IL 60614
312-852-2184
sinkman@kaplangrady.com

Daniel K. Siegel
Amika Medha Singh
ACLU OF NORTH CAROLINA LEGAL
FOUNDATION
PO Box 28004
Raleigh, NC 27611
919-592-4630
dsiegel@acluofnc.org

*/s/ Shana Hope Khader*
Shana Hope Khader
Jaclyn S. Tayabji
Hassan A. Zavareei
TYCKO & ZAVAREEI LLP
2000 Pennsylvania Ave. NW
Suite 1010
Washington, D.C. 20006
202-973-0900
skhader@tzlegal.com

Joseph K. Longley
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th Street NW, 7th Floor
Washington, DC 20005
202-675-2338
jlongley1@aclu.org

*Counsel for Plaintiff-Appellant Tracey Edwards*

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2025, I electronically filed the foregoing Motion for Briefing Extension with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Date: June 6, 2025

*/s/ Shana Hope Khader*
Shana Hope Khader
Jaclyn Sehra Tayabji
Hassan A. Zavareei
TYCKO & ZAVAREEI LLP
Suite 1010
2000 Pennsylvania Ave. NW
Washington, DC 20006
202-973-0900
skhader@tzlegal.com

3

## CERTIFICATE OF COMPLIANCE

The undersigned counsel hereby certifies that this motion complies with the type-volume limitations because it is written in a 14-point proportional font and contains 273 words. Fed. R. App. P. 27(d); Fed. R. App. P. 32(g).

Date: June 6, 2025

*/s/ Shana Hope Khader*
Shana Hope Khader
Jaclyn Sehra Tayabji
Hassan A. Zavareei
TYCKO & ZAVAREEI LLP
Suite 1010
2000 Pennsylvania Ave. NW
Washington, DC 20006
202-973-0900
skhader@tzlegal.com

4