FILED: June 6, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-7049
(5:21-ct-03270-D)

_____

TRACEY EDWARDS

    Plaintiff - Appellant

v.

BENITA J. WITHERSPOON; ANTHONY PERRY; JAMES ALEXANDER; GARY JUNKER; ELTON AMOS; LESLIE COOLEY DISMUKES; KAVONA GILL; TAMARA BROWN; NIKITIA DIXON; TAMMY WILLIAMS; SHEIDA BRODIE; TIANNA LYNCH; LORAFAITH RAGANO

    Defendants - Appellees

------------------------------

DISABILITY RIGHTS NORTH CAROLINA; LEGAL ACTION CENTER; NATIONAL WOMEN'S LAW CENTER; PREGNANCY JUSTICE; ADDICTION MEDICINE SPECIALISTS

    Amici Supporting Appellant

_____

O R D E R
_____

The court grants the motion to extend filing time and extends the time for

filing the reply brief to 06/27/2025.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk