No. 24-7049

# IN THE UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

TRACEY EDWARDS,

*Plaintiff-Appellant*,

v.

BENITA WITHERSPOON, et al.,

*Defendants-Appellees*.

On Appeal from the U.S. District Court for the
Eastern District of North Carolina
Case No. 75:21-ct-03270-D

# MOTION TO WITHDRAW D DANGARAN AS COUNSEL FOR PLAINTIFF-APPELLANT

D Dangaran
RIGHTS BEHIND BARS
1800 M St. NW
Fnt. 1 #33821
Washington, DC 20033
202-455-4399
d@rightsbehindbars.org

1

Pursuant to Local Rule 46(c), counsel D Dangaran for Plaintiff-Appellant Tracey Edwards respectfully moves to withdraw as counsel. As of July 1, 2025, Mx. Dangaran will no longer be employed at Rights Behind Bars. Plaintiff's counsel has sent Plaintiff-Appellant Tracey Edwards a letter providing notice of Mx. Dangaran's withdrawal.

Rights Behind Bars will continue to represent Ms. Edwards through Samuel Weiss, who has entered an appearance in this case. The rest of Ms. Edwards's representation will also remain in the case, such that Ms. Edwards's representation will be unaffected.

For these reasons, the undersigned counsel respectfully requests that the Court grant leave to withdraw as counsel for Plaintiff-Appellant.

Respectfully submitted this 27th day of June 2025,

*/s/ D Dangaran*

D Dangaran
RIGHTS BEHIND BARS
1800 M St. NW
Fnt. 1 #33821
Washington, DC 20033
202-455-4399