FILED: June 30, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-7049
(5:21-ct-03270-D)

_____

TRACEY EDWARDS

        Plaintiff - Appellant

v.

BENITA J. WITHERSPOON; ANTHONY PERRY; JAMES ALEXANDER; GARY JUNKER; ELTON AMOS; LESLIE COOLEY DISMUKES; KAVONA GILL; TAMARA BROWN; NIKITIA DIXON; TAMMY WILLIAMS; SHEIDA BRODIE; TIANNA LYNCH; LORAFAITH RAGANO

        Defendants - Appellees

------------------------------

DISABILITY RIGHTS NORTH CAROLINA; LEGAL ACTION CENTER; NATIONAL WOMEN'S LAW CENTER; PREGNANCY JUSTICE; ADDICTION MEDICINE SPECIALISTS

        Amici Supporting Appellant

_____

O R D E R

_____

        The court grants the motion to withdraw D. Dangaran from further representation on appeal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk