UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 21, 2025

_____

RESPONSE REQUESTED - SIMILAR CASES
_____

No.  24-7049,      <u>Tracey Edwards v. Benita Witherspoon</u>
               5:21-ct-03270-D

TO:    Gary Junker
       Katrina Mark
       Sophia Purekal
       Nikitia Dixon
       Benita Witherspoon
       Tamara Brown
       Legal Action Center
       Pregnancy Justice
       Kavona Gill
       Leslie Cooley Dismukes
       Tianna Lynch
       Mishka Terplan
       Tracey Edwards
       Anthony Perry
       Michael Fingerhood
       Disability Rights North Carolina
       Jordan Nahas-Vigon
       Sheida Brodie
       Jess Ratner
       Tammy Williams
       National Women's Law Center
       Lorafaith Ragano
       Addiction Medicine Specialists
       Carolyn Sufrin
       Elton Amos
       James Alexander

**RESPONSE DUE: 07/24/2025**

Response is required to the notice requesting information regarding similar cases on or before 07/24/2025. Please use the **Response - Similar Cases** form to submit response, using the **RESPONSE/ANSWER (to Similar Case notice)** event.

Karen Stump, Deputy Clerk
804-916-2702