# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 25, 2025

_____

RULE 46 OVERDUE RESPONSE
_____

No.  24-7049,    Tracey Edwards v. Benita Witherspoon
                 5:21-ct-03270-D

TO:    James Patrick Davy

**RESPONSE/ANSWER DUE:  July 28, 2025**

The court previously directed that you file a response indicating counsel's knowledge of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. We have not received your response. You must remedy this default within 3 days. Failure to comply with the Court's rules and instructions may result in initiation of disciplinary action under **Local Rule 46(g)**. Please use the **Response - Similar Cases** form to submit response, using the **RESPONSE/ANSWER (to Similar Case notice)** event.

Karen Stump, Deputy Clerk
804-916-2702