# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 31, 2025

_____

DOCKET CORRECTION NOTICE

_____

No. 24-7049,     Tracey Edwards v. Benita Witherspoon
                 5:21-ct-03270-D

TO:   Tracey Edwards

**CORRECTION DUE: August 5, 2025**

Please make the correction identified below by the due date indicated.

[✓] The court did not receive four paper copies of the corrected redacted opening brief. Please file four paper copies of the corrected redacted opening brief. No electronic entry needs to be made.

Karen Stump, Deputy Clerk
804-916-2702