## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 31, 2025

_____

RULE 46 ADDITIONAL COPIES

_____

No.  24-7049,     Tracey Edwards v. Benita Witherspoon
                  5:21-ct-03270-D

**MUST BE RECEIVED IN CLERK'S OFFICE BY: 08/04/2025**

Counsel must file the copies indicated below by the due date shown. No ECF entry is required when filing paper copies. Send sealed **and** redacted versions of any brief requested. Send public **and** sealed volumes of any appendix requested. All paper copies must be **identical** as to cover, binding, page numbering, and other formatting, and must match the electronic copy. Noncompliance with the court's filing requirements may subject counsel to discipline pursuant to Local Rule 46(g).

| Document | No. of Copies | Required From: |
|---|---|---|
| Amicus Brief | 4 | Disability Rights North Carolina, Legal Action Center, National Women's Law Center, and Pregnancy Justice |

/s/ NWAMAKA ANOWI, CLERK