# FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

Case Number: 24-7049
Date of Oral Argument: 10/22/25
Caption: Tracey Edwards v. Benita Witherspoon
Attorney Arguing: Joseph K. Longley, Shana H. Khader

Arguing on Behalf of (party name): Tracey Edwards

Select party type:
☑ Appellant  ☐ Appellee  ☐ Appellant/Cross-Appellee  ☐ Appellee/Cross-Appellant  ☐ Amicus  ☐ Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case:

**Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.
→ 20 minutes of argument time are allotted per side; all parties to a side must share oral argument time
→ Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side: Joseph K. Longley
Phone Number (day of argument): 202-675-2338

Principal Argument Time: 10
(for appellants and appellees)
Rebuttal Argument Time (if any): 3
(appellants and cross-appellants only)

Any Second Attorney Sharing Arguing Time: Shana H. Khader
Phone Number (day of argument): 202-770-2146

Principal Argument Time: 5
(for appellants and appellees)
Rebuttal Argument Time (if any): 2
(appellants and cross-appellants only)

Any Counsel for Amicus Participating in Argument by Leave of Court:
Phone Number (day of argument):
Argument Time:

Select one of the following:  ☐ Order allowing argument time  ☐ Court-Appointed Amicus

Signature: /s/Shana H. Khader    Date: 08/26/25

12/01/2024 NA