No. 24-7049

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

TRACEY EDWARDS,

*Plaintiff-Appellant,*

*v.*

BENITA WITHERSPOON, ET AL.,

*Defendants-Appellees.*

_____

On Appeal from the United States District Court
for the Eastern District of North Carolina
Case No. 5:21-ct-03270-D (Hon. James C. Dever III, U.S. District Judge)

_____

**UNOPPOSED MOTION TO WITHDRAW SHANA H. KHADER AND JACLYN S. TAYABJI AS COUNSEL FOR PLAINTIFF-APPELLANT**

_____

Shana Khader
Jaclyn S. Tayabji
TYCKO & ZAVAREEI LLP
2000 Pennsylvania Ave. NW, Ste. 1010
Washington, DC 20006
202-973-0900
skhader@tzlegal.com
jtayabji@tzlegal.com

*Counsel for Plaintiff-Appellant Tracey Edwards*

Pursuant to Local Rule 46(c), Shana H. Khader and Jaclyn S. Tayabji, counsel for Plaintiff-Appellant Tracey Edwards, respectfully move to withdraw as counsel. As of December 17, 2025, Ms. Khader will no longer be employed with Tycko & Zavareei LLP. As of December 5, 2025, Ms. Tayabji has no longer been employed with Tycko & Zavareei LLP. Plaintiff's counsel has provided Plaintiff-Appellant Tracey Edwards notice by telephone and letter of Ms. Khader's and Ms. Tayabji's withdrawal.

Tycko & Zavareei LLP will continue to represent Ms. Edwards through Hassan A. Zavareei, who has entered an appearance in this case. The rest of Ms. Edwards's representation will also remain in the case, such that Ms. Edwards's representation will be unaffected.

For these reasons, the undersigned counsel respectfully requests that the Court grant leave to withdraw Shana H. Khader and Jaclyn S. Tayabji as counsel for Plaintiff-Appellant.

Dated: December 16, 2025         Respectfully submitted,

/s/Shana H. Khader
Shana H. Khader
TYCKO & ZAVAREEI LLP
2000 Pennsylvania Ave. NW, Ste. 1010
Washington, DC 20006
202-973-0900
skhader@tzlegal.com

1

## CERTIFICATE OF CONFERENCE

I hereby certify that on December 10, 2025, counsel for Plaintiff-Appellant consulted with counsel for Defendants-Appellees by email to ascertain whether Defendants-Appellees consent to the relief requested herein. Counsel for Defendants-Appellees confirmed by email that Defendants-Appellees consent to Plaintiff-Appellant's motion.

*/s/ Shana H. Khader*
Shana H. Khader

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

*/s/ Shana H. Khader*
Shana H. Khader
