No. 24-7049

**IN THE
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

TRACEY EDWARDS,

Plaintiff-Appellant,

v.

BENITA WITHERSPOON, et al.,

Defendants- Appellees,

On Appeal from the United States District Court
for the Eastern District of North Carolina

**MOTION TO WITHDRAW NOTICE OF APPEARANCE OF
LAURA MCHENRY**

Pursuant to Fourth Circuit Local Rule 46(c), undersigned counsel, Special Deputy Attorney General Michelle A. Liguori, respectfully moves the Court to withdraw the appearance as counsel of former Special Deputy Attorney General Laura McHenry for Defendants-Appellees Benita Witherspoon, Todd E. Ishee, Anthony Perry, James Alexander, Gary Junker, Elton Amos, Kavona Gill, Tamara Brown, Nikitia Dixon, Tammy Williams, Shelda Brodie, Tianna Lynch, and Lorafaith Ragano ("Defendants"). In

support of this motion, undersigned counsel shows the following:

1.    Ms. McHenry has accepted new employment and, as of March 20, 2026, is no longer employed with the North Carolina Department of Justice.

2.    The undersigned, Special Deputy Attorney General Michelle A. Liguori, whose Notice of Appearance is being filed contemporaneously with this motion, will substitute as counsel for Defendants in this case.

3.    Defendants have been notified of Ms. McHenry's withdrawal.

For the foregoing reasons, undersigned counsel, Michelle A. Liguori, respectfully requests that the Court deem the notice of appearance of Ms. McHenry withdrawn.

Respectfully submitted this the 24th day of March, 2026.

JEFF JACKSON
Attorney General

/s/ Michelle A. Liguori
Michelle A. Liguori
Special Deputy Attorney General
N.C. State Bar No. 52505
mliguori@ncdoj.gov

N.C. Department of Justice
Post Office Box 629
Raleigh, NC 27602
Telephone: (919) 716-6900
Facsimile: (919) 716-6763

*Counsel for Defendants-Appellees*

2

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically serve electronic copies on all counsel of record.

Dated:  March 24, 2026.

/s/ Michelle A. Liguori
Michelle A. Liguori
Special Deputy Attorney General